UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-30034 MAP |
| | ) | |
| | ) | 21 U.S.C. § 841 (Distribution |
| v. | ) | and Possession with Intent to |
| | ) | Distribute Cocaine Base) |
| | ) | (Counts One and Two) |
| | ) | |
| JOSE RODRIGUEZ, | ) | 18 U.S.C. § 2 (Aiding and |
| Defendant. | ) | Abetting)(Counts One and Two) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:      (Title 21, United States Code, Section 841:
                Distribution and Possession with Intent to
                Distribute Cocaine Base; Title 18, United States
                Code, Section 2: Aiding and Abetting)

1.    On or about January 24, 2005, in Hampden County, in the
District of Massachusetts,

JOSE RODRIGUEZ,

the defendant herein, did knowingly and intentionally distribute
and possess with intent to distribute a mixture or substance
containing a detectable amount of cocaine base in the form of
crack cocaine, a Schedule II controlled substance.

2.    The offense described in Paragraph One of Count One of
this Indictment involved five grams or more of a mixture or
substance containing cocaine base in the form of crack cocaine.
Accordingly, Title 21, United States Code, Section
841(b)(1)(B)(iii) applies to this case.

All in violation of Title 21, United States Code, Section
841(a)(1), and Title 18, United States Code, Section 2.

COUNT TWO:      (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1.    On or about February 17, 2005, in Hampden County, in the District of Massachusetts,

JOSE RODRIGUEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

2.    The offense described in Paragraph One of Count Two of this Indictment involved five grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One and Two of this Indictment,

JOSE RODRIGUEZ,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.    If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury


_____
Todd E. Newhouse
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand
Jurors and filed on June 9 , 2005.


_____
Deputy Clerk of Court
3:55 PM

5

JS-45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

**Place of Offense:**  Massachusetts    **Category No.**   2          **Investigating Agency**   FBI

**City**    Springfield                  **Related Case Information:**

**County**    Hampden                    Superseding Ind./ Inf.   _____    Case No.   _____
                                         Same Defendant   _____    New Defendant   _____
                                         Magistrate Judge Case Number   _____
                                         Search Warrant Case Number   _____
                                         R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name    Jose Rodriguez                         Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    118 Bloomfield Street, Springfield, MA

Birth date (Year only):  1982   SSN (last 4 #):   8031   Sex  M   Race:    Hispanic    Nationality:   _____

**Defense Counsel if known:**   _____    **Address:**  _____

**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA**    Todd E. Newhouse                      **Bar Number if applicable**   _____

**Interpreter:**    ☐ Yes  ☒ No         **List language and/or dialect:**     _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

        ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _____

☐ **Already in Federal Custody as**   _____  in   _____  .
☐ **Already in State Custody**   _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by   _____  on   _____

**Charging Document:**    ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty**  _____    ☐ **Misdemeanor**  _____    ☒ **Felony**    2

### Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**    June 9, 2005        **Signature of AUSA:**   _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Jose Rodriguez    _____

| Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 841 | Distribution & Possession w/Intent to Distribute<br>Cocaine Base | |
| Set 2   18 USC 2 | Aiding and Abetting | 1-2 |
| Set 3 | | 1-2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| et 10 | | |
| t 11 | | |
| t 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |

DITIONAL INFORMATION: