# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE RODRIGUEZ

**APPEARANCE**

Case Number:    05-30034-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    The United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

*[Signature]*
Signature

Todd E. Newhouse
Print Name             Bar Number

1550 Main Street, Rm 310
Address

Springfield     MA    01103
City          State       Zip Code

(413) 785-0235    (413) 785-0394
Phone Number           Fax Number