AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE RODRIGUEZ

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 05-30034-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE RODRIGUEZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of
Title 18 United States Code, Section(s) 841

Name of Issuing Officer: Kenneth P. Neiman
Title of Issuing Officer: Magistrate Judge
Signature of Issuing Officer: [signature]
Date and Location: June 9, 2005 — Springfield, Mass.

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Springfield, MA
258 Lolost St

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/15/05 | SA Mark Karangekis | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JOSE RODRIGUEZ

ALIAS:

LAST KNOWN RESIDENCE: 118 Bloomfield Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1982

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8031

HEIGHT: 5'8"  WEIGHT: 301 lbs

SEX: MALE  RACE: Hispanic

HAIR: Black  EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI (Springfield, MA)