FREDERICK U. FIERST*
JOHN P. PUCCI
C. JEFFREY KINDER**
JONATHAN J. KANE***

PETER L. BROOKS ⸭
OF COUNSEL

J. LIZETTE RICHARDS****

**FIERST, PUCCI & KINDER LLP**
ATTORNEYS AT LAW
64 GOTHIC STREET
NORTHAMPTON, MASSACHUSETTS 01060-3042

(413) 584-8067
TELECOPIER (413) 585-0787
EMAIL: (recipient's name)@fierstpucci.com
WEBSITE: www.fierstpucci.com



July 25, 2005

Todd Newhouse, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
1550 Main Street
Springfield  MA  01103

Re: <u>U.S. v. Jose Rodriguez, Criminal No. 05-CR-30034-MAP</u>

Dear Mr. Newhouse:

Please consider this letter a request pursuant to Local Rule 116.3(A) for the following additional discovery in the above-captioned criminal case:

1. early disclosure of grand jury transcripts and other Jencks Act material;

2. the identities of and any impeachment material related to any confidential informants who provided information to the government in this case;

3. copies of additional photographs in the government's possession;

4. evidence the government intends to offer pursuant to Fed. R. Evid. 404(b);

5. co-conspirator hearsay statements;

6. evidence of the use of pen registers or trap and trace devices;

7. all documentary evidence related to the testing of the substances allegedly obtained from Jose Rodriguez which testing is summarized in the DEA Form 7 earlier provided.

    a. the complete DEA laboratory file concerning the analyses of the substances;

    b. bench notes of the analysts performing the laboratory tests on the substances allegedly obtained from Rodriguez;

*    ALSO ADMITTED IN NEW YORK
**   ALSO ADMITTED IN COLORADO
***  ALSO ADMITTED IN NEW HAMPSHIRE AND CONNECTICUT
**** ALSO ADMITTED IN NEW HAMPSHIRE
⸭    ADMITTED IN NEW YORK AND INDIANA ONLY

Todd Newhouse, Esquire
July 25, 2005
Page 2

      c.    any publications, notes or memoranda upon which any government expert relied in forming an opinion as to the composition and identification of the substances examined;

      d.    all analytical data which is relevant to the identification of the substance tested;

      e.    all analytical data which is relevant to the quantity of the substance tested;

      f.    all worksheets, sequence tables, quality control data and target ranges related to the substance tested.

Please call me at (413) 584-8067 if you have any questions.

Very truly yours,

C. Jeffrey Kinder

CJK/hs
Copy to: Clerk, U.S. District Court
         Jose Rodriguez