UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | CR No. 05-30034-MAP |
| ) | |
| JOSE RODRIGUEZ,             ) | |
| Defendant         ) | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY OF DEA LABORATORY FILE**

Defendant Jose Rodriguez ("Rodriguez") moves the Court pursuant to Rule 16(F) of the Federal Rules of Criminal Procedure and Local Rule 116.3(G) for an order compelling the Government to produce the following documents:

> all documentary evidence related to the testing of the substances allegedly obtained from Jose Rodriguez which testing is summarized in DEA Forms 7 dated March 4 and 10, 2005.

> a.  the complete DEA laboratory file concerning the analyses of the substances;

> b.  bench notes of the analysts performing the laboratory tests on the substances allegedly obtained from Rodriguez;

> c.  any publications, notes or memoranda upon which any government expert relied in forming an opinion as to the composition and identification of the substances examined;

> d.  all analytical data which is relevant to the identification of the substance tested;

> e.  all analytical data which is relevant to the quantity of the substance tested;

> f.  all worksheets, sequence tables, quality control data and target ranges related to the substance tested.

> In support of this motion Rodriguez states as follows:

1. On or about July 2, 2005 the Government sent to undersigned counsel an automatic discovery packet which included single page DEA laboratory reports dated March 4 and 10, 2005 which stated in summary fashion that the substances allegedly obtained from Rodriguez contained "cocaine Base." See attached Exhibits A and B.

2. On or about July 25, 2005, undersigned counsel sent a letter to the Government requesting additional discovery materials including the DEA laboratory materials listed above.

3. On or about July 28, 2005, the Government, without explanation, advised undersigned counsel by letter that it was declining to produce the DEA laboratory documents.

4. United States District Judge Michael A. Ponsor has held that the Government must prove beyond a reasonable doubt that a defendant distributed "crack" cocaine as opposed to some other form of cocaine base, in order for the mandatory minimum sentence to be imposed under 21 U.S.C. § 841(b)(1)(b)(iii). <u>United States v. Thomas</u>, 360 F. Supp. 2d 238, 03-CR-30033-MAP (D. Mass. 2005).

5. The presence of sodium bicarbonate in the substance is one signature for "crack" cocaine. <u>Thomas</u>, 360 F. Supp. 2d at 240.

6. The DEA Forms 7 in this case state only that the substances tested positive for cocaine base without any reference to the testing procedure or the presence of sodium bicarbonate.

7. Upon information and belief, the DEA laboratory maintains the requested documents regarding the testing of questioned substances. Discovery of those documentary materials would reveal the level of proof that the substance is "crack" cocaine as opposed to some other form of cocaine base. Therefore, the requested materials are material to the preparation of Rodriguez's defense and are discoverable under Rule 16(F)(iii) of the Federal Rules of Criminal Procedure.

8. Undersigned counsel has conferred with Assistant U.S. Attorney Todd Newhouse to attempt to eliminate or narrow the areas of disagreement.

WHEREFORE, Rodriguez respectfully requests that the Court enter an order compelling the Government to produce the requested materials.

                                          Respectfully submitted,
                                          Defendant Jose Rodriguez,
                                          By His Attorney,

Dated: August 10, 2005

                                          /s/ C. Jeffrey Kinder
                                          C. Jeffrey Kinder, BBO# 563890
                                          FIERST, PUCCI & KINDER LLP
                                          64 Gothic Street, Suite 4
                                          Northampton, MA  01060-3042
                                          (413) 584-8067
                                          (413) 585-0787 (facsimile)

CERTIFICATE OF SERVICE

    I, C. Jeffrey Kinder, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic notification on August 10, 2005.

                                            /s/ C. Jeffrey Kinder
                                            C. Jeffrey Kinder, Esquire

)170414

**Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☒ Purchase ☐ Seizure ☐ Free Sample | | | 245D-BS-91441-Spring | CEI | |
| b. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | | | |
| Internal Body Carry ☐ Other (Specify) | | | | | |

| WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Springfield, MA | 1/19 - 24/05 | Operation Dethrone |

| REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| FBI | ☐ Case No. OR ☐ Seizure No. | 2/17/05 | Springfield RA/WMGTF |

| Exhibit | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| | | crack cocaine | None | 28.00gr | 28.00gr | $180.00 |
| | | crack cocaine | None | 30.00gr | 30.00 gr | $360.00 |
| | | crack cocaine | None | 35.00gr | 35.00gr | $360.00 |

WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [X] NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
- Exh. 89 was purchased by "Starkist" from JOSE ALICEA, AKA King Bebe, on 1/19/05 in Springfield, MA.
- Exh. 90 was purchased by "Starkist" from JOSE ALICEA, AKA King Bebe and Jose Rodriguez, AKA King Gringo on 1/20/05 in Springfield, MA.
- Exh. 91 was purchased by "Starkist" from JOSE RODRIGUEZ, AKA King Gringo on 1/24/05 in Springfield, MA.

| SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Mark S. Karangekis | SSRA Michael G. O'Reilly |

### LABORATORY EVIDENCE RECEIPT REPORT

| PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | | |
| SEAL | 23. RECEIVED BY (Signature & Date) 2/22/05 | 24. Print or Type NAME and TITLE |
| ☐ Broken ☒ Unbroken | MR 3/7/05 | |

### LABORATORY REPORT

ANALYSIS SUMMARY AND REMARKS

Exhibit #89 contains cocaine base.
  Gross Wt. = 28.7 g          Net Wt. = 2.6 g
Exhibit #90 contains cocaine base.
  Gross Wt. = 33.8 g          Net Wt. = 8.7 g
Exhibit #91 contains cocaine base.
  Gross Wt. = 34.3 g          Net Wt. = 8.9 g

056

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 89 | 170414 | cocaine base | 71 | % | | 1.8 g | 2.3 g |
| 90 | 170416 | cocaine base | 79 | % | | 6.8 g | 8.1 g |
| 91 | 170417 | cocaine base | 73 | % | | 6.4 g | 8.1 g |

| ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| FLORENCE WONG | FORENSIC CHEMIST | 3/4/05 |
| APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
| THOMAS M. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

Previous edition dated 4/90 may be used until stock is exhausted.

**Department of Justice**
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

Read Instructions on Reverse before completing.

| HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [X] Purchase [ ] Seizure [ ] Free Sample | | | 245D-BS-91441-Spring | CEI | |
| [ ] Lab. Seizure [ ] Money Flashed [ ] Compliance Sample (Non-Criminal) | | | | | |
| [ ] Internal Body Carry [ ] Other (Specify) | | | | | |

| WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Springfield, MA. | 2/2 - 2/17/05 | Operation Dethrone |

| REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| FBI | [ ] Case No. OR [ ] Seizure No. | 2/18/05 | Springfield RA |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 95 | | crack cocaine | None | 31.00gr | 31.00gr | $260.00 |
| 96 | | crack cocaine | None | 34.00gr | 34.00gr | $350.00 |
| 97 | | crack cocaine | None | 33.00gr | 33.00gr | $360.00 |

WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [X] NO (included above)  [ ] YES (if Yes, enter exhibit no. and describe original container fully)

MARKS:

Ex. 95 was purchased by "Starkist" from Danny Ross, AKA King Old Dirty on 2/2/05 in Springfield, MA.

Ex. 96 was purchased by "Starkist" from Luis M. Biaggi, AKA King Biaggi on 2/8/05 in Holyoke, MA.

Ex. 97 was purchased by "Starkist" from Jose Rodriguez, AKA King Gringo on 2/17/05 in Springfield, MA.

| SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Mark S. Karangekis | SSRA Michael G. O'Reilly |

**LABORATORY EVIDENCE RECEIPT REPORT**

| NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | | |
| SEAL [ ] Broken [X] Unbroken | 23. RECEIVED BY (Signature & Date) 2/22/05 | 24. Print or Type NAME and TITLE |

MR 3/14/05

**LABORATORY REPORT**

ANALYSIS SUMMARY AND REMARKS

Exhibit #95 contains cocaine base.
  Gross Wt. = 30.7 g    Net Wt. = 5.5 g

Exhibit #96 contains cocaine base.
  Gross Wt. = 35.0 g    Net Wt. = 9.8 g

Exhibit #97 contains cocaine base.
  Gross Wt. = 33.8 g    Net Wt. = 8.5 g

057

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 95 | 170420 | cocaine base | 74 | % | | 4.0 g | 5.1 g |
| 96 | 170421 | cocaine base | 63 | % | | 6.1 g | 9.3 g |
| 97 | 170422 | cocaine base | 55 | % | | 4.6 g | 7.9 g |

| ANALYST (Signature) FLORENCE WONG | 35. TITLE FORENSIC CHEMIST | 36. DATE COMPLETED 3/10/05 |
|---|---|---|
| APPROVED BY (Signature & Date) THOMAS M. BLACKWELL 3/ /05 | 38. TITLE LABORATORY DIRECTOR | 39. LAB. LOCATION NEW YORK |

EA Form 7    Previous edition dated 4/90 may be used until stock is exhausted.    1 - Prosecution