UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 AUG 23 P 5:04

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 05-30034-MAP
)
JOSE RODRIGUEZ )

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY OF DEA LABORATORY FILE

Now comes the United States of America by its undersigned attorney, and submits the Government's Response to Defendant's Motion to Compel Discovery of DEA Laboratory File.

The government agrees to provide to the defendant the documents contained in the DEA Laboratory file. The government objects to providing the defendant with any other documents or information requested in the motion as being beyond the scope of discovery allowed by F. R. Crim. P. 16 and L.R. 116.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

TODD E. NEWHOUSE
Assistant United States Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.

Springfield, Massachusetts
August 23, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

TODD E. NEWHOUSE
Assistant U.S. Attorney