

U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

August 23, 2005

C. Jeffrey Kinder, Esq.
64 Gothic Street
Northampton, MA 01060

Re: United States v. Jose Rodriguez
Criminal No. 05-30034-MAP

Dear Attorney Kinder:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B), Fed. R. Crim. P. 16(a)(1), your discovery motion regarding DEA laboratory file and your discovery letter dated August 8, 2005 regarding how to play the CD's and DVD's I am providing you with the following response.

In response to your Motion to compel Discovery of DEA Laboratory File enclosed please find documents numbered 58 through 91. Further, in response to your discover letter dated August 8, 2005 regarding instructions on how to play the CD's and DVD's enclosed please find instructions numbered 92 and 93.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE

1

```
                                          Assistant U.S. Attorney
Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);
```