UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30034-MAP |
| | ) | |
| JOSE RODRIGUEZ, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
September 12, 2005

NEIMAN, U.S.M.J.

The court held a final status conference on September 9, 2005, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. A pretrial conference has been scheduled for October 18, 2005, at 2:30 p.m. in Courtroom I. Defendant will report at the time what dispositive motions, if any, he intends to file.

3. Defendant does not intend to raise a defense of insanity or public authority.

4. A trial, if necessary, is estimated to take approximately five days.

5. The parties agree and the court finds that twenty-six days will have run on the Speedy Trial clock as of October 18, 2005. An Order of Excludable Delay will issue.

6.     There are no other matters to report.


DATED: September 12, 2005                       /s/ Kenneth P. Neiman
                                                         KENNETH P. NEIMAN
                                                         U.S. Magistrate Judge