```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    Criminal No. 05-30034-MAP
                            )
                            )
        v.                  )
                            )
JOSE RODRIGUEZ,             )
        Defendant.          )
```

FILED
CLERK'S OFFICE

2005 OCT 18  P 5: 31

## GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from October 18, 2005 through December 13, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the October 18, 2005 Status Conference the defendant requested time within which to obtain mental health records from the Massachusetts Department of Social Services. The Court continued the case until December 13, 2005 for a change of plea hearing. The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this request.

Therefore, the government moves that the Court exclude the time between October 18, 2005 through December 13, 2005 from the

1

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: *[signature]*
        TODD E. NEWHOUSE
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.        Springfield, Massachusetts
        October 18, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

*[signature]*
TODD E. NEWHOUSE
Assistant U.S. Attorney