

U.S. Department of Justice

United States Attorney
District of Massachusetts

FILED
K'S OFFICE

2006 JAN 13 P 3: 15

U.S.

---

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

January 13, 2006

C. Jeffrey Kinder, Esq.
64 Gothic Street
Northampton, MA 01060

Re: <u>United States v. Jose Rodriguez</u>
     Criminal No. 05-30034-MAP

Dear Attorney Kinder:

   In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

   Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:     /s/ Todd E. Newhouse
                                    _____
                                    TODD E. NEWHOUSE
                                    Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);