

U.S. Department of Justice

United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

C. Jeffrey Kinder, Esq.
64 Gothic Street
Northampton, MA 01060

   Re:  United States v. Jose Rodriguez
        Criminal No. 05-30034-MAP

Dear Attorney Kinder:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with a copy of the enclosed Motion and Affidavits filed in United States v. Ruiz, Cr. No. 05-30038-MAP.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By:   /s/ Todd E. Newhouse
                                _____
                                TODD E. NEWHOUSE
                                Assistant U.S. Attorney

Enclosure
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge w/o enclosure